Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq., SBN 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK SOLOOKI,<br><br>Plaintiff,<br><br>v.<br><br>THE RETAIL EQUATION, INC.,<br><br>Defendant. | Case No. 2:20-cv-01646-KJD-NJK<br><br>**STIPULATION OF DISMISSAL OF THE RETAIL EQUATION, INC., WITH PREJUDICE**<br><br>Complaint filed: September 4, 2020 |

PLEASE TAKE NOTICE that Plaintiff Mark Solooki ("Plaintiff") and Defendant The Retail Equation, Inc., ("Retail Equation") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Retail Equation to be determined by the Court, and Retail Equation is the only defendant. Plaintiff hereby stipulates that

all of his claims and causes of action against Retail Equation, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

**IT IS SO STIPULATED.**
DATED: December 9, 2020.

| **KNEPPER & CLARK LLC** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *J. Christopher Jorgensen* |
| Matthew I. Knepper, Esq., SBN 12796 | J. Christopher Jorgensen, Esq., SBN 5382 |
| Miles N. Clark, Esq., SBN 13848 | Matthew Tsai, Esq., SBN 14290 |
| Shaina R. Plaksin, Esq., SBN 13935 | 3993 Howard Hughes Pkwy, Suite 600 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89169-5996 |
| Las Vegas, NV 89148 | Email: cjorgensen@lrrc.com |
| Email: matthew.knepper@knepperclark.com | Email: mtsai@lrrc.com |
| Email: miles.clark@knepperclark.com | |
| Email: shaina.plaksin@knepperclark.com | *Counsel for Defendant* |
| | *The Retail Equation, Inc.* |
| **KRIEGER LAW GROUP, LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: DKrieger@kriegerlawgroup.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING STIPULATION OF DISMISSAL OF THE RETAIL EQUATION, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  10th  day of  December  2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2